7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Shawntee Nicole Leak
*Debtor*

*Bankruptcy Case No.*
16–41341–drd7

**State of Kansas Department of Labor**
　Plaintiff(s)

*Adversary Case No.*
16–04097–drd

v.

**Shawntee Nicole Leak**
　Defendant(s)

# JUDGMENT

　　　The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: the described unemployment insurance benefit indebtedness owed by Defendant Leak to KDoL in the amount of $2167 and interest as imposed pursuant to K.S.A. §44–719(d)(2), which interest has accrued in the amount of $921.68 as of the filing of the lead bankruptcy matter herein, all should be and hereby is ordered exempt from discharge pursuant to 11 U.C.S. § 523(a)(2) and 11 U.S.C. 727. Costs, in the form of filing fees in the amount of $350.00, are awarded in favor of KDoL and assessed against Defendant Leak.



PAIGE WYMORE–WYNN
Court Executive

By: /s/ Kim McClanahan
　　　Deputy Clerk

Date of issuance: 9/16/16

Court to serve